Unsealed per order of 4/8/2008.

AO 93 (Rev. 5/85) Search Warrant

ORDERED SEALED BY COURT

FILED

07 JUN -4 PM 4:07

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

# United States District Court

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

4701 University Avenue, San Diego, California

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 1173

TO: Special Agent Mark Weber and any Authorized Officer of the United States

Affidavit(s) having been made before me by Mark Weber (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 6-4-07 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ANTHONY J. BATTAGLIA (U.S. Judge or Magistrate) as required by law.

May 25, 2007 9:30 A.m. at San Diego, California
Date and Time Issued — City and State

Anthony J. Battaglia, U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 25, 2007 | May 30, 07 / 10:25 AM | Tammie Huynh |

INVENTORY MADE IN THE PRESENCE OF
Tammie Huynh

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached (9 pages)

## CERTIFICATION

**I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.**

[signature]

**Subcribed, sworn to, and returned before me this date.**

[signature] 6/1/07

U.S. Judge or Magistrate Date

# Detail Inventory Listing of All Items at Search Warrant Site

| Site Name: | Investigation Number: | Report Date: |
|---|---|---|
| Travel World Services 3 / Mobile 1 Wireless<br>4701 University Ave<br>San Diego, CA 92105 | 330520164<br>**Starting Date and Time:**<br>05/30/2007 10:30 AM<br>**Ending Date and Time:**<br>05/30/2007 02:03 PM | Friday, June 01, 2007 |

---

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Two sales order books documenting sales of cellular service (2007) | |
| **Key Word:** | Mobile1 Sales | | |
| **Location:** | Kao's Desk | | |
| **Found:** | Top Left Drawer | | |
| **Locating Investigator:** | Eric Helfand And Vivien Valderrama | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Invoices for customer payment/activation (12/06 & 1/07); Vendor (i.e. Sprint, Verizon) info re: pricing for activation of cell service via Mobile 1 Wireless | |
| **Key Word:** | Mobile1 Sales | | |
| **Location:** | Kao's Desk | | |
| **Found:** | Top of Desk | | |
| **Locating Investigator:** | Eric Helfand And Vivien Valderrama | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Credit card charge slips & related docs for customer travel (Jan/Feb 2007); Union Bank stmt dated 11/14/01; handwritten notes re: Union Bank acct; copies of NSF checks; sales invoices from "Wireless by MGM", "The Wireless Connection", "Celluphone", "Decibel Cellular", and "AA Wireless" to Mobile 1 (2005 - 2006) | |
| **Key Word:** | Mobile1 Sales; Union Bank | | |
| **Location:** | Kao's Desk 3 | | |
| **Found:** | Top of Cabinet | | |
| **Locating Investigator:** | Vivien Valderrama And Eric Helfand | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Commission stmt from Celluphone (8/06); Union Bank acct notice (6/05); UBofCal business bnkg profile; Chk register Acct# 6030012249 (9/22 to 12/30 closed); Folder listing expenses, etc (2005); Folder Travel World transactions (2005); Invoices from Conqistador Business Machines (10/06 to 1/07); BofA stmts for Acct#166843572 (2006 - 3/07); Office Depot receipt 2/7/07; AT&T stmts (4/06 to 3/07); Mobile 1 State of CA invoice (3/07); Sales order books (2005 & 2006); Mobile 1 bank stmts (2005,2006); Invoices from Picasso travel (2006 - 3/07); Overnight exp invoice 8/3/06; Union Bank ck register for Mobile 1 (2005); Van Moch Graphics invoice (11/8/06) | |
| **Key Word:** | | | |
| **Location:** | Huynh's Desk | | |
| **Found:** | Desk | | |
| **Locating Investigator:** | Leticia Murillo And Felicia McCain | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 2006 Healthy Families Eligibilty Form w/ 2005 Form 1040; 2005 Healthy Families Eligibility Form w/ 2004 Form 1040; 2004 Healthy Families Eligibility Form w/ employment letter; Application for Travel w/ copy of Travel World Check (2004); Travel World Services3 Visa summary sheets (Vietnam Consulate) & Visa applications, 2006 | |
| **Key Word:** | | | |
| **Location:** | Kao's Desk 3 | | |
| **Found:** | Shelf | | |
| **Locating Investigator:** | Eric Helfand And Chris J Brower | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 2 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | *** ALL RECORDS LISTED BELOW WERE RETURNED TO SUBJECT AT CONCLUSION OF S/W *** Folders re: Mobile 1 Wireless (2005-2007) labeled Utility Bills, Business License Tax, Cingular, T-Mobile, PCS, AA Wireless, Verizon, Bank Statements (Union Bank), Receipts (Verizon), T-Mobile Dealer Line Requests, T-Mobile Activation / Resale Certificate | |
| **Key Word:** | | | |
| **Location:** | Kao's Desk | | |
| **Found:** | Bottom Left Drawer | | |
| **Locating Investigator:** | Eric Helfand And Chris J Brower | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 3 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | 1 box - Tammie Huynh credit stmts, records of ticketing, sales for Travel World (6/04 to 12/05); USPS receipts, shipping from Travel World to INS (2004) | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area | | |
| **Found:** | Floor | | |
| **Locating Investigator:** | Van Nguyen And Chris J Brower | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

**Control #:** 8 **Evidence Box:** 4
**Photo #:** **Locator Code:**
**Description:** Seized Per Warrant Itinerary invoices (2005, 2006); Rolodex (clients/customers); 2006 year end info; Forms 1099 for Mobile 1; 2006 Form 1040 & K-1 for Mobile 1; Bank statement (5/06); BofA chk register for Travel World Services, Acct# 166242042 (10/4/06-5/28/06); BofA chk register for Mobile 1, Acct# 166843572 (8/29/06-5/15/07); BofA chk register for Tammie T. Huynh, Acct# 863915763 (7/28/06-5/21/07); May 06 commissions, In Touch America / Intlio; Bangkok Airways invoice 9/26/06; Ltr dated 7/22/05 re: lot #0205 tract#14634; 2005 Sch K-1 for Mobile 1; Fry's receipt 3/2006; Mastercard stmt, Acct 5458004578078345 (Aug/Sep 2006); Ticket invoices and credit card charge slips; T-Moblie commissions reports (1/06; 9/06; 10/06)
**Key Word:**
**Location:** Huynh's Desk
**Found:** Desk
**Locating Investigator:** Leticia Murillo And Felicia McCain
**Evidence Custodian:** Mark Weber
**Evidence Logger:** Vivien Valderrama

---

**Control #:** 9 **Evidence Box:** 4
**Photo #:** **Locator Code:**
**Description:** Seized Per Warrant Four Money / Rent Receipt books dated: 4/5/04 - 6/2/04; 8/7/04 - 10/7/04; 10/7/04 - 12/8/04; 12/5/03 - 2/9/04
**Key Word:**
**Location:** Filing Cabinets
**Found:** 3rd Drawer
**Locating Investigator:** Adam Gigler And Eric Helfand
**Evidence Custodian:** Mark Weber
**Evidence Logger:** Vivien Valderrama

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 4 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Two composition books titled "Tammie" containing sales information; Nine Money/Rent Receipt books w/ date ranges: 3/9/06 - 4/26/06; 4/28/06 -7 /5/06; 11/21/05 - 1/16/06; 7/3/06 - 10/18/06; 8/3/05 - 9/27/05; 7/5/06 - 8/28/06; 10/18/06 - 12/16/06; 2/12/07 - 4/11/07. | |
| **Key Word:** | | | |
| **Location:** | Filing Cabinets | | |
| **Found:** | Top Drawer | | |
| **Locating Investigator:** | Adam Gigler And Eric Helfand | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 5 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Two check books; deposit reciepts; BofA Stmts for TWS Acct# 0166242042 (May / June 2006) | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area 2 | | |
| **Found:** | Next to Brief Bag/Case | | |
| **Locating Investigator:** | Chris J Brower And Leticia Murillo | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 5 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Money / Rent Receipt Books dated: 12/08/04 to 8/03/05; 2/9/04 - 8/6/04 | |
| **Key Word:** | | | |
| **Location:** | Filing Cabinets | | |
| **Found:** | 1st Drawer | | |
| **Locating Investigator:** | Eric Helfand And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 5 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Money / Rent Receipt book dated 9/26/05 - 11/19/05; 12/18/06 - 2/12/07 | |
| **Key Word:** | | | |
| **Location:** | Filing Cabinets | | |
| **Found:** | 2nd Drawer | | |
| **Locating Investigator:** | Eric Helfand And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 5 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | One yellow notebook re: cellphone & equipment sales | |
| **Key Word:** | | | |
| **Location:** | Mobile 1 / Lobby | | |
| **Found:** | Shelf | | |
| **Locating Investigator:** | Van Nguyen And Felicia McCain | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 6 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Bag containing airline ticket sale records dated 2004 | |
| **Key Word:** | | | |
| **Location:** | Restroom | | |
| **Found:** | Shelf | | |
| **Locating Investigator:** | Eric Helfand And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 7 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Sales & Charge Forms 2004 - 2005 | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area 2 | | |
| **Found:** | Desk | | |
| **Locating Investigator:** | Felicia McCain And Eric Helfand | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 8 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Sales & Charge Forms 2/28/05 - 9/6/05 | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area 2 | | |
| **Found:** | Under Desk | | |
| **Locating Investigator:** | Felicia McCain And Eric Helfand | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 9 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Sales & Charge Forms dated 1/04 - 9/04 | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area 2 | | |
| **Found:** | Under Desk | | |
| **Locating Investigator:** | Felicia McCain And Eric Helfand | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 10 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Record of expenses for Tammie Huynh; Bank Stmts for Tammie Huynh; Credit Card stmts for Tammie Huynh (2004 - 3/2007); TWS #3 expense records & Mobile 1 expense records (2004 - 3/2007 | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area | | |
| **Found:** | Floor | | |
| **Locating Investigator:** | Van Nguyen And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 10 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Alarm monitoring expense for TWS#3 (Jan. 2004); Credit Card stmt for Tammie Huynh and ticketing receipt for TWS#3 (Jan. 2004); TWS#3 ticket sales & customer list dated 1/23/04 w/ other itinerary records | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area | | |
| **Found:** | Floor | | |
| **Locating Investigator:** | Van Nguyen And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 11 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Record of expenses for Tammie Huynh; Bank Stmts for Tammie Huynh; Credit Card stmts for Tammie Huynh (2004 - 3/2007); TWS #3 expense records & Mobile 1 expense records (2004 - 3/2007) | |
| **Key Word:** | | | |
| **Location:** | Printer/Fax Area | | |
| **Found:** | Floor | | |
| **Locating Investigator:** | Van Nguyen And Adam Gigler | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 12 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Computer Image - Compaq Presario Mdl SR1910NX, w/ SEAGATE Mdl ST3120213AS; S/N 5LS4HD1D 120 GB HD | |
| **Key Word:** | | | |
| **Location:** | Kao's Desk | | |
| **Found:** | Desk | | |
| **Locating Investigator:** | Dave White | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 12 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Computer Image - eMachine Mdl T2882; S/N QIV3B 703 00763, w/ 80 GB MAXTOR HD, S/N 364131723969 | |
| **Key Word:** | | | |
| **Location:** | Huynh's Desk | | |
| **Found:** | Under Desk | | |
| **Locating Investigator:** | Dave White | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 12 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Jan - Dec 2006: Mobile 1 service agreements, invoices and records | |
| **Key Word:** | | | |
| **Location:** | Cabinet | | |
| **Found:** | Shelf | | |
| **Locating Investigator:** | Chris J Brower And Mark Weber | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 13 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Mar - Dec 2005: Mobile 1 Wireless service agreements, invoices & records | |
| **Key Word:** | | | |
| **Location:** | Cabinet | | |
| **Found:** | Shelf | | |
| **Locating Investigator:** | Chris J Brower And Mark Weber | | |
| **Evidence Custodian:** | Mark Weber | | |
| **Evidence Logger:** | Vivien Valderrama | | |