FILED

08 APR -8 PM 4:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

KAREN P. HEWITT
United States Attorney
GAVIN A. CORN
Email Gavin.Corn2@usdoj.gov
JOSEPH K. WHEATLEY
Email Joe.Wheatley@usdoj.gov
ROBERT S. TULLY
Email Robert.Tully@usdoj.gov
Special Assistant U.S. Attorneys
Trial Attorneys, U.S. Department of Justice
Federal Office Building
880 Front Street
San Diego, California 92101-8893
Telephone: (619) 557-6008

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AJB

| | |
|---|---|
| In Re Misc. Nos. 07 MJ 1173, 1174 | ) UNOPPOSED UNITED STATES MOTION TO UNSEAL |

The United States hereby files this Motion to Unseal the search warrants, affidavits, inventories, and any related dockets and papers for the above captioned matters. The reasons for sealing the documents no longer exist. The undersigned government attorney has discussed this motion with Ronson J. Shamoun, the attorney for the person whose property was searched, and Mr. Shamoun has no objection to the motion.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

RS Tully

ROBERT S. TULLY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice

GAVIN A. CORN
JOSEPH K. WHEATLEY
Special Assistant U.S. AttorneyS
Trial Attorneys, U.S. Department of Justice

CR

FILED
08 APR -8 PM 4:24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re Misc. Nos. 07 MJ 1173, 1174 ) ORDER TO UNSEAL

ORDER TO UNSEAL

After consideration of the United States Motion and there being no opposition from defense counsel, it is hereby ORDERED that the above captioned search warrants, affidavits, inventories, and any related dockets and papers be UNSEALED.

Dated this 4th day of April 2008.

[signature]

Honorable ANTHONY J. BATTAGLIA
United States Magistrate Judge